UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PETER VALENTINI,

        Plaintiff,

-against-

B.I.M. MINING CORP., GREGORY
SCARLATO, HARRY K. KAHALE, and
RICHARD GRAHAM,

        Defendants.

------------------------------------------------------------X

MEMORANDUM AND ORDER

CV 07-1402

(Wexler, J.)

APPEARANCES:

    MAX MARCUS KATZ, PC.
    BY: ANIL K. PRABHU, ESQ.
    Attorneys for Plaintiff
    88 University Place
    New York, New York 10003

    B.I.M. MINING CORP.
    2235 E. Flamingo Road
    Las Vegas, NV 89119 P.O. Box 329002

    GREGORY C. SCARLATO
    c/o Metropolitan Detention Center
    Brooklyn, NY 11232

    HARRY K. KAHALE
    c/o Metropolitan Detention Center
    P.O. Box 329002 2235
    Brooklyn, NY 11232

    RICHARD GRAHAM
    E. Flamingo Road, Suite 207
    Las Vegas, NV 89119

WEXLER, District Judge

    This is a case in which Plaintiff alleges claims of fraud as well as violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c) ("RICO"), alleging that

defendants engaged in a pattern of racketeering activity in connection with the sale of certain investments. Presently before the court is Plaintiff's motion for summary judgment against all Defendants. This motion follows the criminal convictions of Defendants Scarlato and Kahale, pursuant to charges arising out of the same circumstances that form the basis of this civil matter. All Defendants have been served with the motion papers and given the opportunity to respond thereto.

The time to respond to Plaintiff's motion for summary judgment has long expired and Defendants have not responded to the motion in any way. The court therefore grants the motion for summary judgment as unopposed. Counsel for plaintiff is directed to submit an appropriate judgment.

SO ORDERED.

/s/ LEONARD D. WEXLER
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
~~December~~ January 3, 2010